SHELLIE LOTT, SBN:   246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO BRANCH

| | |
|---|---|
| SHIRLEY L. BAYS,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>        Defendant. | No.  1:15-CV-00199-SMS<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A CONFIDENTIAL LETTER BRIEF** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file A Confidential Letter Brief in the above-referenced case is hereby extended from the present due date of July 13, 2015, by Forty-five days, to the new due date of August 27, 2015, **and all other deadlines be extended accordingly**.  Upon recently returning from maternity, Plaintiff's attorney has a very heavy briefing schedule.


///

///

///

1

1 | DATED:  July 22, 2015                         BENJAMIN B. WAGNER
                                                  United States Attorney
2                                                 DONNA L. CALVERT
                                                  Regional Chief Counsel, Region IX
3

4

5 | */s/ Shellie Lott*                            */s/ Donna Wade Anderson*
    SHELLIE LOTT,                                  DONNA WADE ANDERSON,
6   Attorney for Plaintiff                        (As authorized via E-mail on 07/22/15)
                                                  Special Assistant U S Attorney
7                                                 Attorneys for Defendant

SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SHIRLEY L. BAYS,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>          Defendant. | No.  1:15-CV-00199-SMS<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO  FILE A CONFIDENTIAL LETTER BRIEF** |

   Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to file a Confidential Letter Brief, the request is hereby APPROVED.

   Plaintiff shall file her Confidential Letter Brief on or before August 27, 2015.

IT IS SO ORDERED.

   Dated:   **July 25, 2015**                              **/s/ Sandra M. Snyder**
                                                                        UNITED STATES MAGISTRATE JUDGE

3