1

SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP

2

42 N. Sutter Street, Suite 400

3

Stockton, California 95202
Telephone: (209) 948-9384

4

Facsimile: (209) 948-0706

5

Linda Ziskin, SBN:  196293
Ziskin Law Office

6

PO Box 753833

7

Las Vegas, NV 89136
Telephone:  (503) 889-0472

8

Facsimile:  (888) 889-5776

9

Attorneys for Plaintiff

10

UNITED STATES DISTRICT COURT

11

EASTERN DISTRICT OF CALIFORNIA, FRESNO BRANCH

12

13

SHIRLEY L. BAYS,                           No.  1:15-CV-00199-SMS

14

          Plaintiff,                       **STIPULATION AND ORDER
                                           EXTENDING PLAINTIFF'S TIME TO**

15

     v.                                    **FILE AN OPENING BRIEF**

16

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

17

          Defendant.

18

19

20

          IT IS HEREBY STIPULATED by and between the parties, through their respective

21

undersigned attorneys, with the approval of the Court, that Plaintiff's time to file An Opening

22

Brief  in the above-referenced case is hereby extended from the present due date of October 19,

23

2015, by thirty days, to the new due date of  November 18, 2015, **and all other deadlines be**

24

**extended accordingly**.  This extension is requested because the writer has prior arrangement for

25

couple of legal conferences out of town during the month of October.

26

27

///

28

///

1

1   DATED:  September 22, 2015          BENJAMIN B. WAGNER
                                        United States Attorney
2                                       DEBORAH LEE STACHEL
                                        Acting Regional Chief Counsel, Region IX
3

4

5   /s/ Shellie Lott                     /s/ Donna W. Anderson
    SHELLIE LOTT,                         DONNA W. ANDERSON,
6   Attorney for Plaintiff               (As authorized via E-mail on 09/21/15)
                                         Special Assistant U S Attorney
7                                        Attorneys for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2

1  SHELLIE LOTT, SBN:  246202
   Cerney Kreuze & Lott, LLP
2  42 N. Sutter Street, Suite 400
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4

5  Linda Ziskin, SBN:  196293
   Ziskin Law Office
6  PO Box 753833
   Las Vegas, NV 89136
7  Telephone:  (503) 889-0472
   Facsimile:  (888) 889-5776
8

9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

12

13
                                      No.  1:15-CV-00199-SMS
14  SHIRLEY L. BAY,

15              Plaintiff,            **ORDER EXTENDING PLAINTIFF'S TIME
                                      TO  FILE AN OPENING BRIEF**
16       v.

17  CAROLYN W. COLVIN,
    Acting Commissioner of Social Security
18
                Defendant.
19

20

21        Pursuant to the stipulation of the parties showing good cause for a requested extension of

22  Plaintiff's time to file an Opening Brief, the request is hereby APPROVED.

23        Plaintiff shall file her Opening Brief on or before November 18, 2015.

24

25

26  IT IS SO ORDERED.

27     Dated:   __September 23, 2015__         _____ /s/ Sandra M. Snyder_____
                                              UNITED STATES MAGISTRATE JUDGE
28

                                         3