1  SHELLIE LOTT, SBN: 246202
   Cerney Kreuze & Lott, LLP
2  42 N. Sutter Street, Suite 400
   Stockton, California 95202
3  Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5  Linda Ziskin, SBN: 196293
   Ziskin Law Office
6  PO Box 753833
7  Las Vegas, NV 89136
   Telephone: (503) 889-0472
8  Facsimile: (888) 889-5776

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO BRANCH

| | |
|---|---|
| SHIRLEY L. BAYS,<br><br>             Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>             Defendant. | No. 1:15-CV-00199-SMS<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of February 22, 2016, by twenty-one days, to the new due date of March 14, 2016, **and all other deadlines be extended accordingly**. This extension is requested because the writer has prior arrangement to be out of town to help an ailing immediate family member coming home from an extended stay from the hospital.

1

1

2

3  DATED:  February 17, 2016              MELINDA L. HAAG
                                          United States Attorney
                                          DEBORAH LEE STACHEL
4                                         Acting Regional Chief Counsel, Region IX

5

6

7  */s/ Shellie Lott*                     */s/Donna W. Anderson*
   SHELLIE LOTT,                           DONNA W. ANDERSON,
   Attorney for Plaintiff                 (As authorized via E-mail on 02/17/16)
8                                         Special Assistant U S Attorney
                                          Attorneys for Defendant
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN:  196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone:  (503) 889-0472
Facsimile:  (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN0 DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SHIRLEY L. BAYS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>　　　　　Defendant. | No.  1:15-CV-00199-SMS<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO  REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to respond to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Reply on or before March 14, 2016.


IT IS SO ORDERED.

　Dated:   **February 17, 2016**　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE